[No. 15937-2-I. Division One. January 26, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY ALLEN SCHAEFER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-02591-0, Francis E. Holman, J., entered January 11, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 16816-9-I. Division One. January 26, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CURTIS RAY HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00834-9, James J. Dore, J., entered June 12, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Williams and Webster, JJ.

[No. 17167-4-I. Division One. January 26, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DUAINE HICKS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84-1-00274-8, Jack S. Kurtz, J., entered October 11, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Ringold, J.